

Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

 Tracking 

**Tracking**

Log-In  User ID: _____  Password: _____    | Forgot Password

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help

### Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Aug 4, 2005 10:27 A.M. |
| **Signed by:** | HMATZ |
| **Location:** | OFFICE |
| **Delivered to:** | LAURENCE HARBOR, NJ, US |
| **Shipped or Billed on:** | Aug 3, 2005 |
| **Tracking Number:** | 1Z F2R 941 01 9696 168 1 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Aug 4, 2005 | | |
| 10:27 A.M. | EDISON, NJ, US | DELIVERY |
| 10:26 A.M. | EDISON, NJ, US | DELIVERY |
| 8:42 A.M. | EDISON, NJ, US | MULTIPLE ERRORS E: ADDRESS LABEL. UP: ATTEMPTING TO DET THE CORRECT INFOR COMPLETE DELIVERY ADDRESS HAS BEEN CORRECTED. THE DE BEEN RESCHEDULED |
| 6:32 A.M. | EDISON, NJ, US | OUT FOR DELIVERY |
| 5:15 A.M. | EDISON, NJ, US | ARRIVAL SCAN |
| 3:55 A.M. | LAWNSIDE, NJ, US | DEPARTURE SCAN |
| 12:24 A.M. | LAWNSIDE, NJ, US | ARRIVAL SCAN |
| Aug 3, 2005 | | |
| 9:40 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| 9:02 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| 6:34 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 12:32 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Aug 30, 2005 1:41 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.