UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, <br> 1750 New York Avenue, NW <br> Washington, DC 20006 <br><br> Plaintiff, <br><br> v. <br><br> S. RABINOWITZ IRON WORKS, INC. <br> Howard Maltz, Registered Agent <br> P.O. Box 1129 <br> 20 Industrial Drive <br> Laurence Harbor, NJ 08879 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:05-cv-01478) |

**AFFIDAVIT OF SERVICE
ON DEFENDANT S. RABINOWITZ IRON WORKS, INC.**

I hereby affirm that a copy of Plaintiffs' complaint, summons, and Initial Electronic Case Filing Order and ECF registration forms were served on the Registered Agent for Defendant S. Rabinowitz Iron Works, Inc., on August 4, 2005, via overnight mail to the following address:

> Howard Maltz, Registered Agent
> S. Rabinowitz Iron Works, Inc.
> P.O. Box 1129
> 20 Industrial Drive
> Laurence Harbour, New Jersey 08879

Date: _____
                                                        _/s/_____
Marc Rifkind, DC Bar No. 416183
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
(202) 797-8700

Counsel for Plaintiffs

MHR:bgg:150.196
H:\Users\MHR\150\rabinowitz.aff.wpd