UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND,<br>1750 New York Avenue, NW<br>Washington, DC 20006<br><br>        **Plaintiffs,**<br><br>        v.<br><br>S. RABINOWITZ IRON WORKS, INC.<br><br>        **Defendant.** | Civil Action No. 1:05-cv-01478 |

**PROPOSED ORDER OF DEFAULT**

It appearing from the records and Affidavit of Marc H. Rifkind that the Summons and Complaint were properly served upon the above-named Defendant on August 4, 2005, and that the time for said Defendant to plead or otherwise defend has expired and that said Defendant have failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by said defendants is entered this _____ day of _____, 2005.

                                                By: _____
                                                         Clerk of Court

H:\Users\BGG\150\196 (S. Rabinowitz)\POD.wpd