## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**NATIONAL SHOPMEN PENSION FUND**

       **Plaintiffs,**

         **v.**

**S. RABINOWITZ IRON WORKS, INC.**

       **Defendant.**

_____

    **Civil Action No. 1:05-cv-01478**

### PRAECIPE

On September 1, 2005, Plaintiffs  filed an Affidavit for Default and the Clerk of the Court entered default on the same day.  Plaintiffs request that the Clerk  please set aside the Entry of Default.

Respectfully Submitted,

Date:  __September 20, 2005__

        (DC)

            __/s/_____

Marc  H.  Rifkind,  Esq.  416183

SLEVIN & HART, P.C.
1625  Massachusetts  Ave.,  N.W.,
Suite 450
Washington, D.C.  20036
(202) 797-8700

Counsel for Plaintiffs

H:\Users\BGG\150\196 (S. Rabinowitz)\praecipe-default.wpd