UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND,<br>1750 New York Avenue, NW<br>Washington, DC  20006<br><br>              **Plaintiffs,**<br><br>              v.<br><br>S. RABINOWITZ IRON WORKS, INC.<br><br>              **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05-cv-01478 |

**MOTION FOR ENTRY OF ORDER OF DEFAULT**

Plaintiffs, having duly caused service of process of Plaintiffs' complaint to be made upon the Defendant, request the court to enter an Order of Default against the Defendant because the Defendant have failed to plead or defend as required by Rule 55 of the Federal Rules of Civil Procedure, and the time for pleading has expired.  The basis of this Motion is set forth in the attached Affidavit in Support of Default.

                                                Respectfully submitted,

Dated: __10/7/05_____                  _____/s/_____
                                                    Marc H. Rifkind, DC Bar No. 416183
                                                    SLEVIN & HART, P.C.
                                                    1625 Massachusetts Ave., N.W., Suite 450
                                                    Washington, D.C.  20036
                                                    (202) 797-8700
                                                    Counsel for Plaintiffs

## Certificate of Service

I hereby certify that a copy of the foregoing Plaintiffs' Motion for Entry of Order of Default and the accompanying Affidavit, was mailed this 7th day of October, 2005, via regular mail, postage pre-paid to:

>Howard Maltz, Registered Agent
>S. Rabinowitz Iron Works, Inc.
>P.O. Box 1129
>20 Industrial Drive
>Laurence Harbour, New Jersey 08879

>_____
>Marc H. Rifkind, DC Bar No. 416183
>SLEVIN & HART, P.C.
>1625 Massachusetts Ave., N.W., Suite 450
>Washington, D.C. 20036
>(202) 797-8700
>Counsel for Plaintiffs

H:\Users\BGG\150\196 (S. Rabinowitz)\MEOD.wpd