UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND,<br>1750 New York Avenue, NW<br>Washington, DC 20006<br><br>           **Plaintiffs,**<br><br>           v.<br><br>S. RABINOWITZ IRON WORKS, INC.<br><br>           **Defendant.** | Civil Action No. 1:05-cv-01478 |

## AFFIDAVIT IN SUPPORT OF DEFAULT

1. I am the attorney of record for Plaintiffs in the above-entitled cause.

2. The Fund served Defendant via overnight delivery, pursuant to provisions of Rule 4(c)(2) of the United State Court of the District of Columbia on August 4, 2005.

3. The Fund filed a certificate of service on August 31, 2005 with the Court.

4. The authority for obtaining personal jurisdiction over the Defendant served outside the District of Columbia is 29 U.S.C. §1132(e)(2).

5. Defendant have failed to enter an appearance or file any pleading, and the time to file pleadings or make an appearance has expired in this case.

6. Inasmuch as Defendant are corporations, they are neither infants nor incompetent persons, nor are they in military service.

7. Based on the foregoing, the Clerk should enter Default against Defendant.

                                      Respectfully submitted,

Executed on:_10/7/05_____         _____/s/_____
                                              Marc Rifkind, DC Bar No. 416183
                                              SLEVIN & HART, P.C.
                                              1625 Massachusetts Ave., N.W., Suite 450
                                              Washington, D.C.  20036
                                              (202) 797-8700
                                              Counsel for Plaintiffs

H:\Users\BGG\150\196 (S. Rabinowitz)\AffSuportDeft.wpd