Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND, et al
    Plaintiff(s)

Civil Action No. 1:05-cv-01478-HHK

V.

S. RABINOWITZ IRON WORKS, INC.
    Defendant(s)

RE: S. RABINOWITZ IRON WORKS, INC.

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on   August 4, 2005  , and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of   October  , 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
       Deputy Clerk