UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> S. RABINOWITZ IRON WORKS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:05-cv-01478 |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for entry of a partial judgment in favor of Plaintiffs and against Defendant as follows:

1. Judgment ordering Defendant S. Rabinowitz Iron Works, Inc. to pay to Plaintiffs National Shopmen Pension Fund, and its Trustees delinquent monthly contributions due from Defendants to the Fund for November 1, 2003 through present;

2. Judgment ordering Defendants to pay to Plaintiffs interest, calculated at the rate of 12% per annum from the date each delinquent monthly contribution was due until the date paid, on delinquent monthly contributions due during the period the November 1, 2003 through present;

3. Liquidated damages for each delinquent monthly contribution in an amount equal to the greater of interest accrued on that monthly contribution or 10% of the contribution;

4. Judgment ordering Defendant to pay to Plaintiff the Fund's attorneys' fees and

costs incurred from April 1, 2005 through October 12, 2005 in the amount of $4,149.72;

5. Judgment ordering Defendant to submit to Plaintiffs, no later than sixty (60) days after the date of entry of the Court's Order, separate monthly remittance reports for November 2003, through the date of Judgement for which no report was submitted, setting forth all compensable hours of all employees covered by the collective bargaining agreement.

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities and supporting Affidavit of Marc H. Rifkind, Esq. and Declaration of A. H. Higgs, Jr.. Plaintiffs request that the Court retain jurisdiction pending receipt and analysis by the Fund of Defendant's missing remittance reports, so that a supplemental order may be entered in the event that any additional amounts are found to be due from Defendant to Plaintiffs.

Respectfully submitted,

Date: __10/13/05_____        ____/s/_____
                                  Marc H. Rifkind, Esq.  Bar No. 416183 (DC)
                                  SLEVIN & HART, P.C.
                                  1625 Massachusetts Ave., N.W., Suite 450
                                  Washington, D.C.  20036
                                  (202) 797-8700

                                  Counsel for Plaintiffs

H:\Users\BGG\150\196 (S. Rabinowitz)\MEDJ.wpd