UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL SHOPMEN PENSION FUND,** *et. al.* | ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | Civil Action No. 1:05-cv-01478 |
| v. | ) ) ) | |
| **S. RABINOWITZ IRON WORKS, INC.** | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF A. H. HIGGS, JR.

CITY OF WASHINGTON,         )
                            ) ss:
THE DISTRICT OF COLUMBIA    )

A.H. Higgs, Jr. deposes and says:

1. The information contained in this Declaration is based upon my personal knowledge and information. If called as a witness, I will testify to such facts.

2. I am the Administrator of the National Shopmen Pension Fund ("Fund").

3. The Fund is a multiemployer pension fund established pursuant to Section 302 (c) of the Labor Management Relations Act and is subject to the Employee Retirement Income Security Act (ERISA). The Fund's purpose is to provide pension, retirement and related benefits to the eligible employees of employers who contribute to the Fund. It is governed by a Board of Trustees composed of an equal number of management and labor representatives. The Fund is governed pursuant to the terms of the Agreement and Declaration of Trust ("Trust Agreement") establishing the Fund.

4. Pursuant to collective bargaining agreements ("Agreements") between participating employers and National Shopmen Pension Fund Local Unions, each contributing employer is obligated to submit monthly contribution reports listing employees' names, social security numbers, and hours worked for the month for which contributions are owed and to pay to the Fund monthly contributions on behalf of covered employees based on the reported hours worked at the rates specified in the applicable Agreements. The monthly contribution reports are essential to the proper crediting of benefits to an employer's workforce because benefits to which eligible employees are entitled from the Fund are based on a formula that takes into account both the employer's contribution rate and the employee's years of service.

5. S. Rabinowitz Iron Works, Inc. are signatory to an Agreement with NSPF Local 502 covering the periods November 1, 2003 through present. The Agreement obligate Defendant to contribute to the Fund, for each employee to whom Agreement is applicable the sum of $1.50 per hours.

6. Pursuant to the Fund's Collection Policy, Defendant also owe the Fund; interest calculated at the rate of 7% per annum from the date contributions were due until the date paid, or if unpaid, through the present, on delinquent monthly contributions for November 2003, through present; liquidated damages assessed at rate the greater of a 20 percent of the delinquent contributions or interest on those contributions at the rate set out above.

I hereby declare under penalty that the foregoing is true and correct.

Date:__10/14/05_____                              _____/s/_____
                                                    A.H. Higgs Jr.

H:\Users\BGG\150\196 (S. Rabinowitz)\HiggsAff.wpd