UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, et al.,<br>            Plaintiffs,<br><br>            v.<br><br>INTERNATIONAL BRIDGE & IRON CO.,<br><br>            Defendant. | Civil Action 05-01941(HHK) |

ORDER

A number of inconsistencies are present in plaintiffs' motion for an entry of default judgment [#10]. Specifically, the motion and the proposed order request that the court order defendant to pay interest "calculated at the rate of 12% per annum from the date each delinquent monthly contribution was due until the date paid." Mot. at 1; *see also* Proposed Order at 1. Yet, in the memorandum of points and authorities in support of the motion for entry of default judgment, plaintiffs indicate that interested should be "calculated at the rate of seven percent per annum from the date each contribution was due." Mem. at 3; *see also* Declaration of A.H. Higgs, Jr. at 2 ("Pursuant to the Fund's Collection Policy, Defendant also owe[s] the Fund interest calculated at the rate of 7% per annum from the date contributions were due.").

Additionally, the motion and the proposed order request that the court award liquidated damages "in an amount equal to the greater of interest accrued on that monthly contribution or 10% of the contribution." Mot. at 1; *see also* Proposed Order at 1–2. However, in the memorandum and in Mr. Higgs's declaration, the proper amount of

liquidated damages is suggested to be "equal to the greater of 20 percent of the delinquent contributions or interest." Mem. at 3; Declaration of A.H. Higgs, Jr. at 2.

Accordingly, it is this 10th day of November, 2005, hereby

**ORDERED** that counsel for plaintiffs address and explain these apparent inconsistencies in a filing submitted to the court on or before November 21, 2005.

        Henry H. Kennedy, Jr.
        United States District Judge