UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL SHOPMEN PENSION FUND,** *et. al.* | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
|  | ) | Civil Action No. 1:05-cv-01478 |
| v. | ) ) | |
| **S. RABINOWITZ IRON WORKS, INC.** | ) ) | |
| Defendant. | ) ) ) | |

**MEMORANDUM IN RESPONSE TO F POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

Plaintiffs, National Shopmen Pension Fund and its Trustees, submit this Memorandum in response to the Courts Order November 10, 2005 directing them to explain some inconsistencies in their Motion for Entry of Default Judgment. For purposes of this response, the Fund assumes that the caption on the Order, which is for another case brought by the Fund: *National Shopmen Pension Fund v. International Bridge & Iron Co.* (Civil Action No. 05-01941 (HHK), is in error since the Order is docketed under this case and the Fund has yet to move for Default Judgment in the *International Bridge* case.

The Fund's motion, supporting memorandum, and declaration of A.H. Higgs should all refer to 7 percent interest and liquidated damages equal to the greater of interest on the contributions at the 7 percent rate or *20 percent* of the contributions.[1] All references in the documents to 12 percent

---

[1] Accompanying this filing is a corrected Motion and Corrected Proposed Order.

interest and 10 percent liquidated damages are erroneous and resulted from Fund counsel's failure to make appropriate changes to the model forms that it uses. Plaintiffs apologize for these errors.

Dated: ___11/14/05_____              __/s/ Marc Rifkind_____
                                                                                    Marc H. Rifkind, Esq. Bar No. 416183 (DC)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
(202) 797-8700

Counsel for Plaintiffs

H:\Users\BGG\150 (NSPF)\196 (S. Rabinowitz)\SuplMemo.wpd