UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> S. RABINOWITZ IRON WORKS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 1:05-cv-01478 ) ) ) ) ) ) ) |

## CORRECTED MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for entry of a partial judgment in favor of Plaintiffs and against Defendant as follows:

1. Judgment ordering Defendant S. Rabinowitz Iron Works, Inc. to pay to Plaintiffs National Shopmen Pension Fund, and its Trustees delinquent monthly contributions due from Defendants to the Fund for November 1, 2003 through present;

2. Judgment ordering Defendants to pay to Plaintiffs interest on delinquent contributions due for the period from November 2003 through the date of this Order at the rate of 7% from the date the contributions were due until the date paid, and liquidated damages in an amount equal to the greater of interest on the delinquent contribution at the above rate or 20% of the delinquent contributions;

      3.      Judgment ordering Defendant to pay to Plaintiff the Fund's attorneys' fees and costs incurred from April 1, 2005 through October 12, 2005 in the amount of $4,149.72;

      4.      Judgment ordering Defendant to submit to Plaintiffs, no later than sixty (60) days after the date of entry of the Court's Order, separate monthly remittance reports for November 2003, through the date of Judgement for which no report was submitted, setting forth all compensable hours of all employees covered by the collective bargaining agreement.

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities and supporting Affidavit of Marc H. Rifkind, Esq. and Declaration of A. H. Higgs, Jr.. Plaintiffs request that the Court retain jurisdiction pending receipt and analysis by the Fund of Defendant's missing remittance reports, so that a supplemental order may be entered in the event that any additional amounts are found to be due from Defendant to Plaintiffs.

Respectfully submitted,

Date: __11/14/05_____

/s/ Marc Rifkind_____
Marc H. Rifkind, Esq.  Bar No. 416183 (DC)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C.  20036
(202) 797-8700

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2005, I served the foregoing Plaintiffs' Corrected Motion for Entry of Default Judgment to S. Rabinowitz Iron Works, Inc's. counsel via overnight delivery:

>Counsel:
>Jill Tobia Sorger
>Tobia & Sorger Esqs., LLC
>Kip's Castle
>22 Crestmont Road
>Montclair, New Jersey 07042

>_/s/ Marc Rifkind___
>Marc Rifkind, Esq.

H:\Users\BGG\150 (NSPF)\196 (S. Rabinowitz)\CorrectedMEDJ.wpd