UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL SHOPMEN PENSION FUND**, *et. al.* | ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
|  | ) | Civil Action No. 1:05-cv-01478 |
| v. | ) ) |  |
| **S. RABINOWITZ IRON WORKS, INC.** | ) ) |  |
| Defendant. | ) ) ) |  |

**CORRECTED PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Entry of Partial Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, and, following due notice to Defendant, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that default judgment be entered in favor of the National Shopmen Pension Fund, and its Trustees as follows:

1.   Defendants shall pay to the National Shopmen Pension Fund delinquent contributions owed for the months of November through date of their judgment;

2.   Defendant shall further pay to Plaintiffs interest on delinquent contributions due for the period from November 2003 through the date of this Order at the rate of 7% from the date the contributions were due until the date paid, and liquidated damages in an amount equal to the greater of interest on the delinquent contribution at the above rate or 20% of the delinquent contributions.

      3.    Defendant shall further pay Plaintiffs the amount of $4,149.72 for attorney's fees and costs incurred by Plaintiff from April 1, 2005 through October 12, 2005, provided that Plaintiffs shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of contribution owed for the periods set out in this Order;

      4.    Defendant shall submit to Plaintiffs, no later than ten days after the date of the Court's Order, separate monthly remittance reports for the months of November 2003 through present, and any other month through the date of Judgment for which no report was submitted, in the form required by Plaintiffs, setting forth all compensable hours of all employees covered by the collective bargaining agreement.

      5. Defendant shall submit to payroll audit by Plaintiffs.

The Court will retain jurisdiction over this matter so that Plaintiffs may apply for a supplemental judgment in the event that the reports required by paragraph 4 above demonstrate that additional contributions beyond those ordered to be paid by this judgment are due.

                                                           Honorable _____

                                                           Dated:

H:\Users\BGG\150 (NSPF)\196 (S. Rabinowitz)\CorrectedDJO.wpd