UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND, et al.,**<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>**S. RABINOWITZ IRON WORKS, INC.**<br><br>　　　　　　Defendant. | Civil Action 05-01478(HHK) |

**DEFAULT JUDGMENT AND ORDER**

In consideration of plaintiff's Motion for Entry of Default Judgment and the supporting Memorandum and Declarations, it is this 23rd day of November, 2005 hereby

**ORDERED** that plaintiffs' motion is **GRANTED**; and it is further

**ORDERED** that Judgment is entered in favor of plaintiffs, National Shopmen Pension Fund and its Trustees, John Kerr, Anthony Walencik, James R. King, Timothy F. O'Connell, Ronald T. Bruce, Anthony J. Rosaci, and Erikka K. Storch (collectively "Pension Fund" or "Fund") and against defendant, S. Rabinowitz Iron Works, Inc.; and it is further

**ORDERED** that defendant shall submit to the Fund, no later than sixty (60) days after the date of this order, separate monthly remittance reports for the months of November 2003 though the date of this order, and any of other month through the date of this order for which no report was submitted, in the form required by the Fund, setting forth all compensable hours of all employees covered by the collective bargaining agreement; and it is further

**ORDERED** that defendant shall submit to a payroll audit by the Pension Fund; and it is further

**ORDERED** that defendant shall pay to the Pension Fund:

(1) delinquent contributions owed for the months of November 2003 through the date of this order; and

(2) interest on the delinquent contributions due for the period from November 2003 through the date of this order at the rate of seven percent (7%) from the date the contributions were due until the date paid; and

(3) liquidated damages in an amount equal to the greater of interest on the delinquent contribution at the rate of seven percent (7%) or twenty percent (20%) of the delinquent contributions; and

(4) the amount of $4,149.72 for attorney's fees and costs incurred by the Pension Fund from April 1, 2005 through October 12, 2005, provided that the Fund shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of the contributions owed as set forth in this order; and it is further

**ORDERED** that the court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment and so that the Fund may apply for a supplemental judgment in the event that the reports required above demonstrate that additional contributions are due

Henry H. Kennedy, Jr.
United States District Judge