**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| ) | Civil Action No. 1:05-cv-01478 |
| v. ) ) | |
| S. RABINOWITZ IRON WORKS, INC. ) ) | |
| Defendant. ) ) ) | |

**MOTION FOR ENTRY OF SUPPLEMENTAL JUDGMENT**

On November 23, 2005, the Court entered the Judgment in favor of Plaintiffs the National

Shopmen Pension Fund and its Trustees and against Defendant S. Rabinowitz Iron Works, Inc. for

delinquent contributions owed for the months of November 2003 through the date of the Judgment,

interest on those contributions at the rate of seven percent from date due to date paid, liquidated

damages equal to the greater of interest at the seven percent rate or twenty percent of the delinquent

contributions. Since, at that time, Defendant had not provided the reports necessary for the Fund

to compute the amount of the delinquent contributions, the Judgment provided that the Fund shall

Court shall retain jurisdiction over the case "so that the Fund may apply of a supplemental judgment

in the event that the reports required above demonstrate that additional contributions are due." The

Judgment further "provided that the Fund shall have the right to seek a supplemental judgment for

any and all attorneys fees and costs incurred in the collection of the contributions owed as set forth

in this order . . . ."

The Fund has obtained reports prepared by Defendant showing hours due for the period covered by the Judgement. Based on those reports the Fund has computed that the total contributions due for the period amount to $50,898.75, interest on those contributions at the seven percent rate is $4,857.38 and liquidated damages are $10,179.75.   Attorneys fees and costs incurred by the Fund in this case subsequent to entry of the Judgment total $5,743.64.  Accordingly, the Fund moves the Court for entry of supplemental judgment against  Defendant S. Rabinowitz Iron Works, Inc. for those amounts.

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities, Declaration of A. H. Higgs, Jr., Declaration of Patrick Reid, CPA and Affidavit of Marc H. Rifkind, Esq.

Respectfully submitted,

/s/ Marc Rifkind
Marc Rifkind, Esq. (D.C. Bar No. 416183)

SLEVIN & HART, P.C.
1650 Massachusetts Avenue,
NW, Suite 450
Washington, D.C.  20036
202-797-8700 (Telephone)
202-234-8231 (Facsimile)

Dated: March 15, 2006                    Counsel for Plaintiffs

H:\Clients\0150\196\Supplemental\MSJ2.wpd