UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL SHOPMEN PENSION FUND,** *et. al.* | ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) ) | Civil Action No. 1:05-cv-01478 |
| **S. RABINOWITZ IRON WORKS, INC.** | ) ) ) |  |
| Defendant. | ) ) ) |  |

### SUPPLEMENTAL DECLARATION OF A. H. HIGGS, JR.

CITY OF WASHINGTON,           )
                              ) ss:
THE DISTRICT OF COLUMBIA      )

A.H. Higgs, Jr. deposes and says:

1. The information contained in this Declaration is based upon my personal knowledge and information. If called as a witness, I will testify to such facts.

2. I am the Administrator of the National Shopmen Pension Fund ("Fund").

3. Pursuant to collective bargaining agreements ("Agreements") between participating employers and National Shopmen Pension Fund, each contributing employer is obligated to submit monthly contribution reports listing employees' names, social security numbers, and hours worked for the month for which contributions are owed and to pay to the Fund monthly contributions on behalf of covered employees based on the reported hours worked at the rates specified in the applicable Agreements. The monthly contribution reports are essential to the proper crediting of benefits to an employer's workforce because benefits to which eligible employees are entitled from

the Fund are based on a formula that takes into account both the employer's contribution rate and the employee's years of service.

4. S. Rabinowitz Iron Works, Inc. are signatory to an Agreement with NSPF Local 502 covering the periods November 1, 2003 through present. The Agreement obligate Defendant to contribute to the Fund, for each employee to whom Agreement is applicable the sum of $1.50 per hours.

5. The Fund's Statement of Policy for Collection of Delinquent Contributions Section 4(j) provides that the cost of the Review shall be payable by the Employer if the underpayment is $1,000 or more during any consecutive twelve month period. The underpayment for each of the four years covered by this review exceeded the $1,000 threshold. Therefore, the accounting fees of $2,688.75 incurred by the Fund through February 28, 2006 to conduct this Review are chargeable to Rabinowitz.

I hereby declare under penalty that the foregoing is true and correct.

Date: March 15, 2006              /s/ A. H. Higgs Jr.
                                  A.H. Higgs Jr.

H:\Clients\0150\196\Supplemental\HiggsSupplAff.wpd