UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL SHOPMEN PENSION FUND,** *et. al.* | ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) ) | Civil Action No. 1:05-cv-01478 |
| **S. RABINOWITZ IRON WORKS, INC.** | ) ) ) |  |
| Defendant. | ) ) ) |  |

**ORDER AND SUPPLEMENTAL JUDGMENT**

On the Motion of the Plaintiffs, National Shopmen Pension Fund, et. al. through their attorneys, move for Entry of Supplemental Judgment against Defendant S. Rabinowitz Iron Workers, Inc., ("Rabinowitz") , and in accordance with this Court's Order of November 23, 2005, it is ORDERED:

1. Judgment is entered in favor of the Plaintiffs and against Defendant in the total amount of $71,679.52. This amount includes the following:

(a) Delinquent monthly contributions of $50,898.75 due for period November 2003 through February 2006 ("Delinquent Period"), under 29 U.S.C. §§185(a) and 1132(g)(2)(A);

(b) Interest of $4,857.38, accrued from the date the contributions were due through the date paid, or if unpaid, through March 31, 2006, at the rate of twelve percent (7%) per annum, in accordance with the Funds' governing documents, on delinquent monthly contributions

due for Delinquent Period;

    (c)    Liquidated damages of $10,179.75 on the delinquent contributions due for delinquent period, under 29 U.S.C. §1132(g)(2)(C)(ii);

    (d)    Attorneys' fees in the amount of $3,009.00 from the date of the initial judgment through March 15, 2006;

    (e)    Attorneys' costs in the amount of $2,734.64 from the date of the initial judgment through March 15, 2006.

2. Plaintiffs are entitled to reimbursement of all additional attorneys' fees and costs they incur in the enforcement and collection of this judgment to be paid by Defendant. If further action by Plaintiffs to enforce and collect this judgment is required, Plaintiffs may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in paragraph 1(d),(e) above.

3. Defendant, Defendant's officers, agents, servants, attorneys, and all persons acting on its behalf or in conjunction with it shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with required contributions for all periods for which Defendant is obligated to do so under its collective bargaining agreement(s) requiring contributions to the Plaintiffs.

4. Within twenty (20) days of the entry of this Order, Defendant shall fully and accurately complete and submit to the Funds any and all then outstanding remittance reports with all required information including the name and social security number of each employee, the hours worked, wages paid and contributions owed for that month together with a check for the full amount of the contributions owed.

5. If Defendant fails to comply with any of the terms of this Order, the Funds may, in

addition to pursuing the remedies provided under the Federal Rule of Civil Procedure 69, reopen this case upon motion to this Court and notice to Defendant, and may at that time ask for further appropriate monetary and/or injunctive relief.

      6.    This judgment amount is in addition to the Judgment entered on November 23, 2005.

      7.    The Clerk of the Court may immediately certify this Order for transfer to other jurisdictions upon the request of Plaintiffs and payment of any required fee.

BY THE COURT:

Date:_____          _____

                                                     United States District Judge

H:\Clients\0150\196\Supplemental\SJO.wpd