UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.*<br><br>Plaintiffs,<br><br>v.<br><br>S. RABINOWITZ IRON WORKS, INC.<br><br>Defendant. | Civil Action No. 1:05-cv-01478 |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUPPLEMENTAL JUDGMENT

Plaintiffs, National Shopmen Pension Fund and its Trustees (hereinafter the "Fund"), submit this Memorandum in Support of their Motion for Entry of Supplemental Judgment against Defendant S. Rabinowitz Iron Works, Inc. In support of its Motion, the Fund states the following;

1. On November 23, 2005, the Court entered the Judgment in favor of the Fund and against Defendant for delinquent contributions owed for the months of November 2003 through the date of the Judgment, interest on those contributions at the rate of seven percent from date due to date paid, liquidated damages equal to the greater of interest at the seven percent rate or twenty percent of the delinquent contributions. Since, at that time, Defendant had not provided the reports necessary for the Fund to compute the amount of the delinquent contributions, the Judgment provided that the Fund shall Court shall retain jurisdiction over the case "so that the Fund may apply of a supplemental judgment in the event that the reports required above demonstrate that additional contributions are

due." A copy of the Order is attached as Exhibit A.

2. The Order further required the Defendant to timely pay all future contributions and file all remittance reports during all time periods covered by any applicable collective bargaining agreements, and authorized Plaintiffs to move for additional relief if further delinquencies occurred.

3. Finally, the Order granted the Fund the right to an award of additional attorney's fees and costs incurred in the collection and enforcement of the order by application to the Court.

4. Although, to date, Defendant has refused to comply with the Court's order and permit the Fund to conduct a payroll audit the Fund has obtained copy of reports prepared by Defendant listing the hours worked by Defendant's covered employees for the period November 1, 2003 through November 30, 2005. Based on those reports, the Fund's outside account determined that the amount of contribution owed to the Fund for that period is $46,670.25. See Declaration of Patrick Reid, CPA.

5. The Fund has estimated the delinquency for the months for which it did not receive hours, based on the highest amount of hours reported in the delinquent period, to be $4,228.50 for the months of December 2005 through February 2006. A copy of the schedule is attached as Exhibit B.

6. Interest on the delinquent contributions calculated at the rate of 7 percent per annum from date due through March 31, 2006 equals $4,857.38 and liquidated damages in the amount of 20 percent of the delinquent contributions equals $10,179.75. See Reid Dec. and Exhibit B.

7. Plaintiffs have incurred additional attorneys' fees of $3,009.00 from date of initial judgment through present. See Declaration of Marc Rifkind, Esq.

8. Plaintiffs have incurred additional costs of $2,734.64 from date of initial judgement through present. See Rifkind Dec.

**WHEREFORE**, there being no just reason for delay, Plaintiffs request entry of supplemental judgment in the amount of $71,679.52, which includes: delinquent monthly contributions in the amount of $50,898.75; interest in the amount of $4,857.38 accrued on delinquent monthly contributions through March 31, 2006; liquidated damages in the amount of $10,179.75 for unpaid contributions due during the delinquent period; reasonable attorneys fees in the amount of $3,009.00 incurred from the date of the initial judgment through March 15, 2006; and costs in the amount of $2,734.64.

Date: 3/15/06

Marc H. Rifkind, Esq. 416183 (DC)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
(202) 797-8700

Counsel for Plaintiffs

H:\Clients\0150\196\Supplemental\MemoSJ2.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>S. RABINOWITZ IRON WORKS, INC.<br><br>    Defendant. | Civil Action 05-01478(HHK) |

**DEFAULT JUDGMENT AND ORDER**

In consideration of plaintiff's Motion for Entry of Default Judgment and the supporting Memorandum and Declarations, it is this 23rd day of November, 2005 hereby

**ORDERED** that plaintiffs' motion is **GRANTED**; and it is further

**ORDERED** that Judgment is entered in favor of plaintiffs, National Shopmen Pension Fund and its Trustees, John Kerr, Anthony Walencik, James R. King, Timothy F. O'Connell, Ronald T. Bruce, Anthony J. Rosaci, and Erikka K. Storch (collectively "Pension Fund" or "Fund") and against defendant, S. Rabinowitz Iron Works, Inc.; and it is further

**ORDERED** that defendant shall submit to the Fund, no later than sixty (60) days after the date of this order, separate monthly remittance reports for the months of November 2003 though the date of this order, and any of other month through the date of this order for which no report was submitted, in the form required by the Fund, setting forth all compensable hours of all employees covered by the collective bargaining agreement; and it is further

For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
by _Laura Chipley_
Deputy Clerk

**ORDERED** that defendant shall submit to a payroll audit by the Pension Fund; and it is further

**ORDERED** that defendant shall pay to the Pension Fund:

(1) delinquent contributions owed for the months of November 2003 through the date of this order; and

(2) interest on the delinquent contributions due for the period from November 2003 through the date of this order at the rate of seven percent (7%) from the date the contributions were due until the date paid; and

(3) liquidated damages in an amount equal to the greater of interest on the delinquent contribution at the rate of seven percent (7%) or twenty percent (20%) of the delinquent contributions; and

(4) the amount of $4,149.72 for attorney's fees and costs incurred by the Pension Fund from April 1, 2005 through October 12, 2005, provided that the Fund shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of the contributions owed as set forth in this order; and it is further

**ORDERED** that the court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment and so that the Fund may apply for a supplemental judgment in the event that the reports required above demonstrate that additional contributions are due

                                            Henry H. Kennedy, Jr.
                                            United States District Judge

**Supplemental Amounts Owed Not Included in Audit**

| Contribution Month | Contribution Amount | Due Date | Date Paid | Interest Rate | Accrued Interest | Liquidated Damages | Liquidated Damages Amount | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| Dec-05 | $1,409.50 | 01/15/06 | 03/31/06 | 7.00% | $20.27 | 20.00% | $281.90 | $1,711.67 |
| Jan-06 | $1,409.50 | 02/15/06 | 03/31/06 | 7.00% | $11.89 | 20.00% | $281.90 | $1,703.29 |
| Feb-06 | $1,409.50 | 03/15/06 | 03/31/06 | 7.00% | $4.33 | 20.00% | $281.90 | $1,695.73 |
|  | $4,228.50 |  |  |  | $36.49 |  | $845.70 | $5,110.69 |

Note: *These contributions are estimates.