**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:05-cv-01478 ) |
| S. RABINOWITZ IRON WORKS, INC. | ) ) |
| Defendant. | ) ) ) |

## AFFIDAVIT OF PATRICK H. REID, C.P.A.

1.     I am a Certified Public Accountant with extensive experience conducting payroll reviews for multiemployer funds. In 1998, the Board of Trustees employed me to conduct reviews of the payroll books and records of employers required to contribute to the National Shopmen Pension Fund ("Fund") pursuant to collective bargaining agreements with the Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("the Association").

2.     I have been a Certified Public Accountant since 1976, and I am licensed in Maryland and the District of Columbia. I received my Bachelors Degree in Commercial Science from George Washington University (formerly Benjamin Franklin University) in June, 1973. I have performed over 200 payroll reviews for various multiemployer benefit funds.

- 1 -

3.      In February 2006, the Fund requested that I conduct a payroll review of the payroll records of S. Rabinowitz Iron Works, Inc. ("Rabinowitz") for period November 2003 through November 2005. Under the collective bargaining agreements between Rabinowitz and Local 502 of the Association, the employer was required to contribute to the Fund on behalf of employees who performed work covered by the agreements.

4.      Rabinowitz has refused my repeated requests to schedule a payroll audit. In lieu of the Employer's source payroll records, I determined the contributions owed by Rabinowitz based on remittance reports that it prepared for and submit to Local 502. This payroll review is based solely on the remitted hours provided by Local 502 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers. Copies of those reports are attached as Exhibit A hereto.

5.      The final report, a copy of which is attached as Exhibit B, showed that Rabinowitz failed to report to the Fund a total of 31,113.50 hours for a delinquency of $46,670.25 plus interest for a total due of $51,491.14 for the period November 2003 through November 2005. My review did not extend past November 2005.

6.      I conducted the payroll review using the following procedures:

   (a)    I discussed the purpose and scope of the payroll review with Leonard Maltz, President of Rabinowitz;

   (b)    I contacted Harry R. Maniscalco at Local Union 502 to obtain hours remitted to the Fund, in lieu of receiving records from the Employer;

   (c)    I corresponded with Donald Wanamaker of Local Union 502, to confirm the employees working in the bargaining unit.

(d)    I developed spreadsheets and input, the remitted hours for twenty-five months received from Shopmen's Iron Workers Health Benefit and Pension Plans;

(e)    I performed other activities as required.

7.    The reasons for Rabinowitz's delinquency include the following:

(a)    Rabinowitz did not remit any contributions or report hours from November 2003 through November 2005;

8.    Interest on the delinquent contributions, calculated at the rate of 7% per annum from the date due until March 31, 2006, amounts to $4,820.89.

9.    The National Shopmen Pension Fund's Statement of Policy for Collection of Delinquent Contributions, Section 4(j), provides that the cost of the Review shall be payable by the Employer if the underpayment is $1,000 or more during any consecutive twelve month period. The underpayment for each of the four years covered by this review exceeded the $1,000 threshold. Therefore, the accounting fees of $2,688.75 incurred through February 28, 2006 to conduct this Review are chargeable to Rabinowitz.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on: _3 -8-06_                          _Patrick H. Reid_
                                             Patrick H. Reid, C.P.A.

- 3 -

**NATIONAL SHOPMEN PENSION FUND**
**PAYROLL REVIEW**


**S. RABINOWITZ IRON WORKS, INC.**

**NOVEMBER 1, 2003 through NOVEMBER 30, 2005**


MY REPORTS ARE ISSUED WITH THE UNDERSTANDING THAT, WITHOUT MY CONSENT, THEY MAY BE REPRODUCED ONLY IN THEIR ENTIRETY. SHOULD IT BE DESIRED TO ISSUE OR PUBLISH A CONDENSATION OR A PORTION OF THIS REPORT AND MY NAME IS TO BE USED IN CONNECTION THEREWITH, MY APPROVAL MUST FIRST BE SECURED IN WRITING.


**REID & ASSOCIATES CPA, LLC**
***CERTIFIED PUBLIC ACCOUNTANT***


THIS REPORT CONSISTS OF 4 PAGES

# REID & ASSOCIATES CPA, LLC
### CERTIFIED PUBLIC ACCOUNTANT

February 28, 2006

Mr. A. H. Higgs, Jr.
National Shopmen Pension Fund
1750 New York Avenue, NW, Suite 401
Washington, DC 20006

Dear Mr. Higgs:

At your request I have performed the procedures enumerated below with respect to the contributions from S. Rabinowitz Iron Works, Inc. for the twenty-five (25) months beginning November 1, 2003 through November 2005 as set forth in the accompanying Exhibit "A". My review was made solely to assist you in determining the adequacy of the contributions received and my report is not to be used for any other purpose. The procedures I performed are summarized as follows:

- Discuss the purpose and scope of the payroll review with Leonard Maltz, President for S. Rabinowitz Iron Works, Inc..
- Obtain hours remitted to the Ornamental Iron Workers Health and Pension Funds from Haryy R. Maniscalco of Local #502. These hours are used in lieu of receiving records from the Employer.
- Corresponded with Donald Wanamaker, Local Union #502, to confirm the employees working in the bargaining unit.
- Developed spreadsheets and input the remitted hours for twenty-five months received from Shopmen's Iron Workers Health Benefit and Pension Plans.

Section 14BB of the CBA covers all of Section 1 production and maintenance employees of the Company engaged in the fabrication of iron, steel, metal and other products, or in maintenance work in or about the Company's plant or plants located in the jurisdiction of the Union, and to work done by such production and maintenance employees. Contributions are due for each hour of pay paid to each employee covered by this Agreement. We determined who are the bargaining unit employees covered by the Collective Bargaining Agreement (CBA) from November 1, 2003 through November 30, 2005 by corresponding with Donald Wanamaker and Harry R. Maniscalco of Local Union #502, to obtain the job status of each employee.

The Employer would not provide access to their source payroll records. In lieu of the Employer's records this payroll review is based solely on the remitted hours provided by local 502, Ornamental Ironworkers Welfare and Pension Funds. No contributions have been made to the National Shopmen Pension Fund since the effective date of the Collective Bargaining Agreement began in November 1, 2003. Therefore, the enclosed spreadsheet reflects hours remitted to the Health Benefit and Pension Funds. The attached spreadsheet is to be used to enter the underremitted hours for each employee for the year. When the Employer can be compelled to provide the records the enclosed results can be compared and adjustments made to the actual hours.

A. H. Higgs, Jr.
February 28, 2006
Page 2

It came to my attention that S. Rabinowitz Iron Works, Inc. underremitted 31,113.50 hours and has an outstanding liability to the National Shopmen Pension Fund of $46,670.25 for contributions plus interest of $3,538.33 for a total due of $50,208.58.  My findings are presented in the accompanying Exhibit "A.

Because the above procedures do not constitute an examination made in accordance with generally accepted auditing standards, I do not express an opinion on the payroll review of S. Rabinowitz Iron Works, Inc. in connection with the procedures referred to above.

Had I performed additional procedures, or had I made an examination of the financial statements in accordance with generally accepted auditing standards, other matters might have come to my attention that would have been reported to you.   This report relates only to the items specified above and does not extend to any financial statements of S. Rabinowitz Iron Works, Inc. taken as a whole.

S. Rabinowitz Iron Works have not made any contributions to the National Shopmen Pension Fund since the effective date of the Collective Bargaining Agreement, which became effective on November 1, 2003.

The S. Rabinowitz Iron Works, Inc. employees determined to be covered by the Collective Bargaining Agreement from November 2003 to November 2005 according to the employees enrolled in the Shopmen's Iron Workers Health Benefit and Pension Plan roster are listed in Exhibit "B".

If you have any questions regarding this review, or would like to discuss my findings, do not hesitate to call.

Respectfully submitted,

Reid & Associates CPA, LLC

PHR:ng

Cc: Marc H. Rifkind

S. Rabinowitz Iron Works Rpt Final Nov 2003 – 2005.doc

EXHIBIT "A"

**NATIONAL SHOPMEN PENSION FUND**
**CALCULATION OF UNDERPAYMENTS**
**S. RABINOWITZ IRON WORKS, INC. [1]**

**ERRORS IN REMITTANCE[2]**

| UNDERREMITTED HOURS | CONTRIBUTION RATE | UNDERREMITTED |
|---|---|---|

**2003**

From 11/01/03 to 12/31/03

| 2,700.00 hours | x | $ 1.50 | $    4,050.00 |
|---|---|---|---|

**2004**

From 1/1/04 to 12/31/04

| 19,487.00 hours | x | $ 1.50 | 29,230.50 |
|---|---|---|---|

**2005**

From 1/1/05 to 11/30/05

| 8,926.50 | x | $1.50 | 13,389.75 |
|---|---|---|---|

**TOTAL CONTRIBUTIONS OWED FOR 2002[3]**                     **$  46,670.25**

1    This payroll review was prepared using the remitted hours provided by the Health Benefit and Pension Plan
2    This amount owed is for contributions only and does not include interest

EXHIBIT "B"

## NATIONAL SHOPMEN PENSION FUND
### S. RABINOWITZ IRON WORKS, INC.

**BARGAINING UNIT EMPLOYEES**

**2003**
BROWN, PATRICK
COOK, KEVIN
IACOVES, JOHN
KUZIEMSKI, GRZEGORZ
LAUNZINGER, JAMES
MARTINEZ, ANGEL
SCHEMBARI, WILLIAM
VOLK, WILLIAM
WALKER, THOMAS
WARGO, THOMAS

**2004**
BITETTI, JOSEPH
BROWN, PATRICK
COOK, KEVIN
IACOVES, JOHN
KUZIEMSKI, GRZEGORZ
LAUNZINGER, JAMES
MARTINEZ, ANGEL
SCHEMBARI, WILLIAM
STOUT, JASON
VOLK, WILLIAM
WALKER, THOMAS
WARGO, THOMAS

**2005**
BROWN, PATRICK
BURAK, RICHARD
IACOVES, JOHN
KUZIEMSKI, GRZEGORZ
MARTINEZ, ANGEL
SAARLOOS, JASON
VOLK, WILLIAM
WALKER, THOMAS
WARGO, THOMAS
WEINMANN, RICHARD

S. RABINOWITZ IRON WORKS, INC.
NATIONAL SHOPMEN PENSION FUND
PAYROLL REVIEW
## NOV 2003- NOV 2005
### FINAL REPORT

| NAME | SOCIAL SECURITY | H & W HOURS |
|---|---|---|
| **NOV 2003 - DEC 2003** | | |
| BROWN, PATRICK | 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 | 312.00 |
| COOK, KEVIN | 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 | 312.00 |
| IACOVES, JOHN | 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 | 296.00 |
| KUZIEMSKI, GRZEGORZ | 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 | 308.00 |
| LAUNZINGER, JAMES | 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 | 160.00 |
| MARTINEZ, ANGEL | 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 | 268.00 |
| SCHEMBARI, WILLIAM | 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 | 320.00 |
| VOLK, WILLIAM | 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 | 308.00 |
| WALKER, THOMAS | 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 | 312.00 |
| WARGO, THOMAS | 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 | 104.00 |
| TOTALS for year 2003 | | 2,700.00 |
| CONTRIBUTION RATE | | 1.50 |
| TOTAL CONTRIBUTION OWED 2003 | | 4,050.00 |
| INTEREST TO MARCH 31, 2006 | 7.00% | 661.50 |
| NUMBER OF MONTHS | 28.00 | |
| **TOTAL DUE TO NSPF 2003** | | 4,711.50 |

| NAME | SOCIAL SECURITY | H & W HOURS |
|---|---|---|
| **2004** | | |
| BITETTI, JOSEPH | 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 | 487.00 |
| BROWN, PATRICK | 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 | 1,677.00 |
| COOK, KEVIN | 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 | 1,689.00 |
| IACOVES, JOHN | 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 | 1,958.00 |
| KUZIEMSKI, GRZEGORZ | 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 | 2,034.00 |
| LAUNZINGER, JAMES | 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 | 1,250.00 |
| LUBANSKI, THOMAS J. | 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 | 800.00 |
| MARTINEZ, ANGEL | 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 | 1,792.00 |
| SCHEMBARI, WILLIAM | 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 | 1,758.50 |
| STOUT, JASON | 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 | 457.00 |
| VOLK, WILLIAM | 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 | 2,042.00 |
| WALKER, THOMAS | 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 | 1,723.50 |
| WARGO, THOMAS | 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 | 1,819.00 |
| TOTALS for year 2004 | | 19,487.00 |
| CONTRIBUTION RATE | | 1.50 |
| TOTAL CONTRIBUTION OWED 2004 | | 29,230.50 |
| INTEREST TO MARCH 31, 2006 | 7.00% | 3,495.48 |
| NUMBER OF MONTHS | 20.50 | |
| **TOTAL DUE TO NSPF 2004** | | 32,725.98 |

S. RABINOWITZ IRON WORKS, INC.
NATIONAL SHOPMEN PENSION FUND
PAYROLL REVIEW
**NOV 2003- NOV 2005**
**FINAL REPORT**

| NAME **2005** | SOCIAL SECURITY | H & W HOURS |
|---|---|---|
| BROWN, PATRICK | 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 | 1,149.00 |
| BURAK, RICHARD | 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 | 240.00 |
| IACOVES, JOHN | 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 | 1,357.00 |
| KUZIEMSKI, GRZEGORZ | 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 | 200.00 |
| MARTINEZ, ANGEL | 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 | 943.50 |
| SAARLOOS, JASON | 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 | 881.50 |
| VOLK, WILLIAM | 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 | 1,628.50 |
| WALKER, THOMAS | 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 | 1,225.00 |
| WARGO, THOMAS | 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 | 830.00 |
| WEINMANN, RICHARD | 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 | 472.00 |

| | | |
|---|---|---|
| TOTALS for year 2005 | | 8,926.50 |
| CONTRIBUTION RATE | | 1.50 |
| TOTAL CONTRIBUTION OWED 2005 | | 13,389.75 |
| INTEREST TO MARCH 31, 2006 | 7.00% | 663.91 |
| NUMBER OF MONTHS | 8.50 | |
| **TOTAL DUE TO NSPF 2005** | | 14,053.66 |

**FINAL RESULTS FOR NOV 2003 - DEC 2005**

| | |
|---|---|
| HOURS OWED FOR 2003 | 2,700.00 |
| HOURS OWED FOR 2004 | 19,487.00 |
| HOURS OWED FOR 2005 | 8,926.50 |
| TOTAL HOURS UNDERREMITTED | 31,113.50 |
| CONTRIBUTIONS OWED FOR NOV 03-05 | 46,670.25 |
| TOTAL INTEREST DUE | 4,820.89 |
| ACCOUNTING FEES TO 2/28/06 | 2,688.75 |
| **TOTAL DUE TO NSPF** | **$54,179.89** |

FOOTNOTE    H & W Hours - Employer would not provide any payroll records.  In lieu of Employer records the hours the Employer sent to the Ornamental Iron Workers Health and Pension Fund were used to prepare these results.

Prepared by: **REID and ASSOCIATES CPA, LLC**                    Page 2 of 2