UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NATIONAL SHOPMEN PENSION )
FUND, *et. al.* )
 )
 Plaintiffs, )
 )
 ) Civil Action No. 1:05-cv-01478
 v. )
 )
S. RABINOWITZ IRON WORKS, INC. )
 )
 Defendant. )
 )

## SECOND ORDER AND SUPPLEMENTAL JUDGMENT

On the Motion of the Plaintiffs, National Shopmen Pension Fund, et. al. through their attorneys, move for Entry of Second Supplemental Judgment against Defendant S. Rabinowitz Iron Workers, Inc., ("Rabinowitz") (#18), and in accordance with this Court's Orders of November 23, 2005 and March 28, 2006, it is ORDERED:

1. Judgment is entered in favor of the Plaintiffs and against Defendant in the total amount of $24,608.10. This amount includes the following:

 (a) Interest of $2,323.82, accrued from the date of the supplemental judgment through the date paid, at the rate of seven percent (7%) per annum on delinquent monthly contributions due for Delinquent Period;

 (b) Liquidated damages of $3,029.85 on the delinquent contributions due for the period of March 2006 through October 2006; and

(c)  Attorneys' fees and costs from March 16, 2006 through present in the amount of $19,254.43.

2. Plaintiffs are entitled to reimbursement of all additional attorneys' fees and costs they incur in the enforcement and collection of this judgment to be paid by Defendant. If further action by Plaintiffs to enforce and collect this judgment is required, Plaintiffs may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in paragraph 1(c) above.

3. Within twenty days of the entry of this Order, Defendant shall fully and accurately complete and submit to the Funds any and all then outstanding remittance reports with all required information including the name and social security number of each employee, the hours worked, wages paid, and contributions owed for that month together with a check for the full amount of the contributions owed.

4. If Defendant fails to comply with any of the terms of this Order, the Funds may, in addition to pursuing the remedies provided under the Federal Rule of Civil Procedure 69, reopen this case upon motion to this Court and notice to Defendant, and may at that time ask for further appropriate monetary and/or injunctive relief.

5. This judgment amount is in addition to the Judgments previously entered in this case.

6. The Clerk of the Court may immediately certify this Order for transfer to other jurisdictions upon the request of Plaintiffs and payment of any required fee.

Date: 6/12/07

BY THE COURT:

/Henry Kennedy, J/
United States District Judge

34949